No. 1356. SMITH *v.* CALIFORNIA. June 16, 1947. Petition for writ of certiorari to the Supreme Court of Cali-

fornia denied.  *Morris Lavine* for petitioner.  *Fred N. Howser,* Attorney General of California, and *Frank W. Richards,* Deputy Attorney General, for respondent.

